IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:19-CR-00123-D-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | ORDER TO DISMISS |
| v. | ) | DUE TO ABATEMENT |
| | ) | |
| ENRIQUE JESUS BACA SANDOVAL | ) | |

The matter before the Court is the United States' Motion for Order of Abatement filed on March 18, 2021. Based on a review of the United States' motion and for good cause shown, the United States' motion is hereby ALLOWED. The case as to the above-named defendant, Enrique Jesus Baca Sandoval, is hereby dismissed, due to reason of abatement.

SO ORDERED.

This 19 day of March 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

1